

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHON YOKELY,<br><br>        Petitioner,<br><br>    v.<br><br>SILVIA GARCIA, WARDEN,<br><br>        Respondent. | Case No. CV 99-7112-GAF (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Motion for Immediate Release and Sanctions, the oppositions to the motion and the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that the Motion for Immediate Release and Sanctions be DENIED.

Dated: 1/16/09

Gary A. Feess
United States District Judge